# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES GREGORY CLARK, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 16-0454-WS-C |
| JEFFERSON S. DUNN, etc., | ) |
| Respondent. | ) |

## FINAL JUDGMENT

In accordance with the order entered on this date, it is **ordered**, **adjudged** and **decreed** that the amended petition of Charles Gregory Clark under 28 U.S.C. § 2254 for writ of habeas corpus, (Doc. 13), is **denied** in its entirety.

DONE this 2nd day of January, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE